FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2014

No. 04-13-00907-CR

**IN RE** Roy L. **SMITHWICK** Jr.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

On December 27, 2013, relator filed a petition for writ of mandamus complaining of the trial court's failure to rule on a pending motion. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and real party in interest may file a response to the petition in this court no later than January 23, 2014.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on January 9th, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court



---

[1] This proceeding arises out of Cause No. 1992CRA00041-D1, styled *The State of Texas v. Roy L. Smithwick Jr.*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Jose A. Lopez presiding.